UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IGOR JOSE CORDEIRO FERREIRA,       *
                                   *
     Petitioner,                   *
                                   *
     v.                            *       Civil Action No. 1:26-cv-11278-IT
                                   *
ANTONE MONIZ, et al.,              *
                                   *
     Respondents.                  *
                                   *

MEMORANDUM & ORDER

March 19, 2026

TALWANI, D.J.

Petitioner Igor Jose Cordeiro Ferreira is a Brazilian national who has been detained by

ICE since March 9, 2026. Pet. ¶¶ 1, 9 [Doc. No. 1]. Petitioner is currently detained at Plymouth

County Correctional Facility, in Plymouth, Massachusetts. Id. ¶ 10. On March 14, 2026,

Petitioner filed his Petition for Writ of Habeas Corpus [Doc. No. 1]. Petitioner contends that his

detention, if authorized at all, is governed "under 8 U.S.C. § 1226(a)," and therefore he is

entitled to "a bond hearing." Id. ¶ 17.

Respondents state "that the legal issues presented in this Petition are similar to those

recently addressed by this Court in Doe v. Moniz[, 800 F. Supp. 3d 203 (D. Mass. 2025).]" Resp.

to Habeas Pet. 1 [Doc. No. 7]. Respondents further note that "[s]hould the Court follow its

reasoning in Doe . . . it would reach the same result here." Id.

The court finds the reasoning in Doe remains correct. Nothing in the record indicates that

Petitioner was detained under 8 U.S.C. § 1225(b) rather than 8 U.S.C. § 1226(a). The Board of

Immigration Appeals' decision in Matter of Yajure Hurtado, 29 I. & N. Dec. 216 (B.I.A. 2025),

1

is unpersuasive and does not change the analysis. See Elias Escobar v. Hyde, No. 1:25-cv-12620-IT, 2025 WL 2823324, at *3 (D. Mass. Oct. 3, 2025) (citing cases reaching same conclusion).

The Petition for Writ of Habeas Corpus [Doc. No. 1] is therefore GRANTED as follows. No later than March 26, 2026, Petitioner must be provided a bond hearing pursuant to 8 U.S.C. § 1226(a) or, if the immigration judge declines to conduct a bond hearing pursuant to 8 U.S.C. § 1226(a), Respondents shall so advise the court by that date so that this court may conduct the bond hearing. Any decision by the immigration judge to retain Petitioner in custody following a bond hearing pursuant to 8 U.S.C. § 1226(a) shall set forth the reasons for the continued detention. Following the bond hearing, Respondents shall promptly file a status report.

IT IS SO ORDERED.

March 19, 2026                                    /s/ Indira Talwani
                                                 United States District Judge

2